1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                            OAKLAND DIVISION

11

| | |
|---|---|
| WAYNE T. FRIEDMAN, an individual, | Case No.  C-04-5191 SBA ARB |
| Plaintiff, | **ORDER REMANDING CASE TO STATE COURT** |
| v. | |
| FIRST BANK dba FIRST BANK & TRUST, a Missouri corporation; HECTOR V. BARRETO in his official capacity as administrator of THE UNITED STATES SMALL BUSINESS ADMINISTRATION; and DOES 1 through 59, inclusive, | |
| Defendants. | |

PURSUANT TO THE STIPULATION of the parties and good cause shown by reason of plaintiff WAYNE T. FRIEDMAN's dismissal of federal defendant HECTOR V. BARRETO in his official capacity as administrator of THE UNITED STATES SMALL BUSINESS ADMINISTRATION and of all claims based on federal law, in the interest of comity, and based on principles of discretionary abstention,

////
////
////
////

1     IT IS HEREBY ORDERED that this case is remanded to the Superior Court in and
2 for the County of Contra Costa, State of California, for further disposition.
3 Dated: __April 19__, 2005

                /s/ Saundra Brown Armstrong
                SAUNDRA B. ARMSTRONG
                JUDGE OF THE UNITED STATES
                DISTRICT COURT FOR THE
                NORTHERN DISTRICT OF CALIFORNIA